# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29032

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 10, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elwyn C. Edgar, Jr.<br>        Debtor.<br><br>JP Morgan Chase Bank, N.A.<br>        Movant,<br>   vs.<br><br>Elwyn C. Edgar, Jr., Debtor, William E. Pierce, Trustee.<br><br>        Respondents. | No. 0:10-BK-30280-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 12, 2005 and recorded in the office of the County Recorder wherein JP Morgan Chase Bank, N.A. is the current beneficiary and Elwyn C. Edgar, Jr. has an interest in, further described as:

> Lot Sixteen (16), Block N, GOLDEN SHORES UNIT 6, according to the plat recorded February 26, 1962, at Fee No. 110359, in the office of the County Recorder, Mohave County, Arizona.

More Correctly Described as:

> Lot Sixteen (16), Block N, GOLDEN SHORES UNIT 6, according to the plat recorded February 26, 1962, at Fee No.
> 110359, in the office of the County Recorder, Mohave County, Arizona.
> EXCEPT all oil, gas, coal and minerals as reserved by Santa Fe Pacific Railroad Company recorded in Book 44 of Deeds, Page 88.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.